**[dntcclm]** [Notice of Claim]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:13−bk−04820−CCJ
Chapter 7

Robert Gibbs Jr

Candice Lynn Gibbs

_____Debtor(s)_____/

## NOTICE OF CLAIM FILED BY TRUSTEE

TO:

HSBC Retail Service
POB 5238
C. Strm, IL 60197

Notice is given pursuant to Fed. R. Bank. P. 3004 that the Trustee filed a claim on your behalf in the above captioned matter on September 19, 2013, in the amount of $1,000.00.

Dated September 20, 2013.

Lee Ann Bennett, Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

Copies furnished to:
Debtor
Debtor's Attorney
Trustee
HSBC Retail Service
POB 5238
C. Strm, IL 60197